# United States Court of Appeals
## For the First Circuit

No. 16-1666

UNITED STATES OF AMERICA,

Appellee,

v.

HERMINIO CONCEPCÍON-MONTIJO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on November 13, 2017, is amended as follows:

On page 3, line 20, "lynchpin" is replaced with "linchpin".